45252. ELECTRO-KINETICS CORPORATION v. BRECHEISEN.
45253. ELECTRO-KINETICS CORPORATION v. ESTES.

PANNELL, Judge. These two cases are controlled by the judgment in *Electro-Kinetics Corp. v. Wilson,* 122 Ga. App. 171.
*Judgment affirmed in both cases. Jordan, P. J., and Eberhardt, J., concur.*

SUBMITTED APRIL 7, 1970—DECIDED JULY 7, 1970.

*Alston, Miller & Gaines, Robert G. Holt,* for appellant.
*M. H. Blackshear, Jr.,* for appellees.